IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EK, by and through her** : | | **CIVIL ACTION** |
| **parent and nearest friend, A.G.,** : | | |
| **Plaintiff** : | | |
| : | | |
| **vs.** : | | **NO. 09-4205** |
| : | | |
| **WARWICK SCHOOL DISTRICT,** : | | |
| **Defendant** : | | |

# O R D E R

**AND NOW,** this   26th   day of February, 2014, upon consideration of the plaintiff's motion for judgment on the administrative record (Document #11), the defendant's response thereto (Document #24), the defendant's motion for judgment on the administrative record (Document #21), the plaintiff's response thereto (Document #26), and after a hearing on the motions, IT IS HEREBY ORDERED that:

1. The plaintiff's motion is DENIED.

2. The defendant's motion is GRANTED.

3. JUDGMENT IS ENTERED in favor of the defendant and against the plaintiff.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.